UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 13-40056 |
| ) | |
| MITCHELL DWAYNE SIMMONS, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S COMMENTARY ON SENTENCING FACTORS

Now comes the Defendant, MITCHELL DWAYNE SIMMONS, by his attorney, and submits the following commentary to the revised presentence report filed June 5, 2014.

1.  Page 26, ¶ 142-143:  Factors That May Warrant Departure/Variance

One factor warrants a two level variance from the advisory guideline range. With respect to the term of imprisonment, the Court should vary downward two levels in light of the Sentencing Commission's proposed amendment to the drug quantity Guideline that was approved by the Sentencing Commission on April 10, 2014, and sent to Congress on May 1, 2014.

Under the proposed amendment, the Commission has proposed a 2-level, across-the-board reduction to the base offense levels in USSG § 2D1.1© (the applicable Guideline in this case). Under the proposed amendment, Mr. Simmons'

base offense level would be 26, not 28 (¶ 26); his total offense level would be 23, not 25 (¶ 35); and his advisory Guidelines range would be 70-87 months imprisonment, and not 84-105 months' imprisonment (¶ 124).

As reported by one of the undersigned counsel's colleagues, AFPD Daniel Hansmeier, United States District Judge Sue Myerscough adopted this argument in sentencing the defendant in the case of *United States v. Gregory Maynor*, No. 13-CR-30073 (January 27, 2014).

Further, on information and belief, Attorney General Holder has issued a memorandum to all federal prosecutors advising that they not oppose the two level reduction when raised by the defendant at sentencing.

The reason for the amendment is simple. The drug-quantity Guidelines are tied to the statutory mandatory minimum penalties in 21 U.S.C. § 841(b). As written, however, the drug quantity thresholds trigger a Guidelines range "*slightly above*" the concomitant statutory mandatory minimum penalty. *Id.* And so, the quantity that triggers a statutory 5-year mandatory minimum term of imprisonment also triggers a base offense level of 26 (corresponding to a guideline range of 63 to 78 months), and the quantity that triggers a statutory 10-year mandatory minimum term of imprisonment also triggers a base offense level of 32 (corresponding to a guideline range of 121 to 151 months). *Id.* In other words, the drug quantity Guidelines, as currently written, trigger Guideline ranges above the relevant statutory minimums,

rather than Guidelines ranges that include the relevant statutory minimums.

To correct this, the Commission has proposed an across-the-board 2-level reduction that would produce Guidelines ranges inclusive of the statutory mandatory penalty. The proposed amendment sets "base offense levels at 24 and 30 [to establish] guideline ranges with a lower limit below, and an upper limit above, the statutory minimum." Id. at 4. The proposed amendment makes sense. If the drug quantity Guidelines are tied to the mandatory minimum penalties, then those Guidelines should produce recommended ranges that include the relevant statutory minimums, not ranges above the relevant statutory minimums. A district court should not have to vary downward to impose a mandatory minimum sentence when the Commission has tied mandatory minimum sentences to the Guidelines ranges themselves.

Accordingly, Mr. Simmons asks that this Court apply the new amendment when calculating his base offense level for the offense of conviction.

MITCHELL DWAYNE SIMMONS, Defendant

/s/*George F. Taseff*
George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. John K. Mehochko, Assistant United States Attorney, 1830 Second Avenue, Suite 320, Rock Island, IL 61201.

/s/*George F. Taseff*
George F. Taseff